**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

DINA M. SCHMIDT,

Plaintiff,

v.

ANGEN TRANSIT MANAGEMENT, INC.,

Defendant.

Civil No. 01-229 JRT/RLE

**NOTICE OF HEARING**

---

Oral argument on defendant's motion for summary judgment is scheduled for Friday, August 30, 2002, at 11:00 a.m. before Judge John R. Tunheim at the United States District Courthouse, 118 South Mill Street, Fergus Falls, in Courtroom 2.

Dated: August 7, 2002

RICHARD D. SLETTEN, Clerk

Lou Jean M. Gleason
Calendar Clerk to Judge Tunheim
612-664-5083