**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Dina M. Schmidt
Plaintiff

-vs- Civ. 01-229 (JRT/RLE)

Angen Transit Management, Inc., Angen Transportation, Inc., Utopia Tours, Inc., Steven Angen

Defendants

**COST JUDGMENT**

The costs of the Defendants, Angen Transit Management, Inc., Angen Transportation, Inc., Utopia Tours, Inc., and Steven Angen have been taxed and allowed by the Clerk of this Court against the Plaintiff, Dina M. Schmidt, as follows:

| | | Claimed | Allowed |
|---|---|---|---|
| Fees for service of summons and subpoena | | 172.00 | 0 * |
| Fees of the Court Reporter | | 2,155.45 | 1,919.67 * |
| Fees for witnesses | | 159.00 | 157.00 * |
| TOTAL: | $ | 2,486.45 | 2,076.67 |

Costs, therefore, are taxed in the sum of Two Thousand Seventy-Six Dollars and 67/100 in favor of the Defendants, Angen Transit Management, Inc., Angen Transportation, Inc., Utopia Tours, Inc., and Steven Angen and against the Plaintiff, Dina M. Schmidt, judgment is entered accordingly. *See docket number 33, filed 6/27/03. Motion for review by the Court made be made within five days hereafter and filed with the Clerk of Court.

Dated at Duluth, Minnesota, this 7th day of July 2003.

RICHARD D. SLETTEN, CLERK
By Susan E. Anderson
Susan E. Anderson
Division Manager

cc: all counsel

34